```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 23260
    LARRY GRIFFIN
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-0838


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/11/07 and confirmed on 06/05/08.

    2.  The case was converted to Chapter 7 after confirmation, 07/09/2008.

    3.  The Debtor paid a total of $   2024.29 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 3122.00 | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 1181.82 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 9220.00 | .00 | 550.00 |
| WORLD FINANCIAL NETWORK | SECURED | 1000.00 | .00 | 90.00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CASHCALL INC | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CO | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| IMACINE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| IMAGINE | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL MANAGEMENT SRV | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PURPOSE LOANS | UNSECURED | NOT FILED | .00 | .00 |

```
RJM ACQUISITIONS LLC       UNSECURED      NOT FILED              .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED      NOT FILED              .00            .00
SALLIE MAE GUARANTEE SER   UNSECURED      NOT FILED              .00            .00
WELLS FARGO FINANCIAL      UNSECURED      NOT FILED              .00            .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED              .00            .00
WELLS FARGO FINANCIAL AC   UNSECURED         913.96              .00            .00
WORLD FINANCIAL NETWORK    UNSECURED        4916.69              .00            .00
```

Summary of disbursements:

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 14523.82  | .00      | 5830.65   | .00   | 20354.47 |
| PRINCIPAL PAID     |   640.00  | .00      |     .00   | .00   |   640.00 |
| INTEREST PAID      |      .00  | .00      |     .00   | .00   |      .00 |
| TOTAL PAID         |   640.00  | .00      |     .00   | .00   |   640.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $    3500.00
and was paid $    850.50   direct and $   1266.89   through the plan.

The Trustee received $    117.40 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/21/08                  /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 23260 LARRY GRIFFIN